**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ANABIAH KALEEM SYED, et al.

Plaintiffs,

v.

DONALD J. TRUMP, et al.,

Defendants.

No. 2:26-cv-07630-JAK (SKx)

**ORDER RE STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT (DKT. 34)**

Based on a review of the Stipulation to Extend Deadline for Defendants to Respond to Initial Complaint ("Stipulation" (Dkt. 34)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

The deadline for Defendants to respond to the Complaint is extended to 30 days after an order on Plaintiff's Motion for Preliminary Injunction (Dkt. 10) is issued.

**IT IS SO ORDERED.**

Dated: September 29, 2026

John A. Kronstadt
United States District Judge