UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-07630-JAK-SKx | Date | October 8, 2026 |
| Title | Anabiah Kaleem Syed et al v. Donald J. Trump et al | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| M. Lindaya | Amy Diaz |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Hamdy Masri | Paul Green, AUSA |

**Proceedings:** **PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (DKT. 10)**
**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (DKT. 11)**

The hearing regarding the merits of Plaintiff's Motion for Preliminary Injunction and Motion for Class Certification ("Motions") is held. The Court and counsel confer regarding the status of the proceedings in the two other districts and the issue re: the motion to stay case. The Court and counsel confer regarding the merits of the Motions.

A ruling on the motions is deferred. On or before October 16, 2026, Defendants shall file a declaration specific to this proceeding regarding the government's compliance with the orders of the other district courts and processing of visa applications.

**IT IS SO ORDERED.**

1 : 01

Initials of Preparer mal